In the Matter of BOZART REALTY CORP., Petitioner, v. CITY OF NEW YORK et al., Respondents. In the Matter of CONCORD REALTY Co. et al., Appellants, v. CITY OF NEW YORK et al. Respondents.—

Concur —
Stevens, P. J., Eager, Capozzoli, McGivern and Tilzer, JJ.